# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| SIXGEN, INC. | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 23-1827 C |
| UNITED STATES, | ) Judge: _____ ) |
|     Defendant. | ) ) ) |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff SIXGEN, Inc. ("SIXGEN"), by and through counsel, respectfully files this Notice of a Directly Related Case.

There are no directly related cases.

Dated: October 17, 2023

Respectfully submitted,

Ryan C. Bradel, Attorney of Record
Ward & Berry, PLLC
2000 Pennsylvania Avenue NW, Suite 7000
Washington, D.C. 20006
Telephone: 202-331-8160
Email: rbradel@wardberry.com

**OF COUNSEL**:

Nicholas L. Perry
Ward & Berry, PLLC
2000 Pennsylvania Avenue NW, Suite 7000
Washington, D.C. 20006
Telephone: 202-331-8160
Email: nperry@wardberry.com

Chelsea A. Padgett
Ward & Berry, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
Telephone: 202-331-8160
Email: [chelsea@wardberry.com](mailto:chelsea@wardberry.com)

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2023, a copy of the foregoing was filed with the Court and served via email upon the following:

United States Department of Justice (*via electronic mail*)
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
Tel: (202) 616-0475
Fax: (202) 305-7644
Email: nationalcourts.bidprotest@usdoj.gov

Kimeerly Fleming (*via electronic mail*)
Contracting Officer
Procurement Management Division
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 3-250
Washington, D.C. 20544
Email: kimeerly_fleming@ao.uscourts.gov

Ryan C. Bradel