# In the United States Court of Federal Claims

No. 23-1827
(Filed: October 19, 2023)

* * * * * * * * * * * * * * * * * * * * * * * *

SIXGEN, INC.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the representations made in the status conference held on October 19, 2023, the following schedule is set:

1. Defendant shall file its motion to dismiss on or before October 20, 2023.

2. Plaintiff shall file its response on or before November 10, 2023.

3. Defendant shall file its reply on or before November 20, 2023.

4. Oral argument will be heard telephonically on November 29, 2023 at 10:00 am EST.

                                                  s/Eric G. Bruggink
                                                  ERIC G. BRUGGINK
                                                  Senior Judge